# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:19-cv-02373-JLS-ADS | Date | January 22, 2020 |
|---|---|---|---|
| Title | Cristina Marinescu v. Weingarten Realty Investors et al. | | |

| Present: The Honorable | JOSEPHINE L. STATON, U.S. DISTRICT JUDGE |
|---|---|

| Terry Guerrero | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)   ORDER TO SHOW CAUSE RE DISMISSAL**

Counsel is hereby ordered to show cause in writing no later than **January 27, 2020,** why this action should not be dismissed for lack of prosecution. In this matter, the action was removed to this court on December 9, 2019. Defendant has failed to answer or present other defenses pursuant to Fed. R. Civ. P. 81 (c)(2).

Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint as to the defendant. No oral argument will be heard unless otherwise ordered by the Court. The Order to Show Cause will stand submitted upon the filing of an appropriate response.

Initials of Preparer   tg