# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| CRISTINA MARINESCU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WEINGARTEN REALTY INVESTORS, a Texas REIT; and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.:  8:19-CV-02373-JLS-ADS<br><br>**FINAL JUDGMENT** |

The Court having entered its Order Granting Defendant's Motion for Summary Judgment (Doc. 49), and thereby dismissing this action with prejudice against Defendant for the reasons stated in therein, judgment is entered as follows:

IT IS ORDERED ADJUDGED, AND DECREED that all claims and requests for damages in this matter against Defendant are dismissed with prejudice and final judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by this action. Defendant may seek to recover its costs pursuant to Fed. R. Civ. P.54(d) and applicable law.

Dated: August 03, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE